Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiffs was sustained. **No. 69122.**—Souvenirs, Inc. *v.* United States, protest 63/20516(B) (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 8, 1965

**No. 69123.**—National Carloading Corp. and Lodge Spark Plug Co., Inc., et al. *v.* United States, protests 64/10162, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 9, 1965

**No. 69124.**—F. B. Vandegrift & Co., Inc. *v.* United States, protest 63/18679 (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, invoiced as battery-operated bartenders, consists of articles of metal having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

**No. 69125.**—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 64/11079 (Philadelphia).